AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Inchelium School District<br>*Plaintiff(s)*<br>v.<br>Meta Platforms, Inc., et al.<br>*Defendant(s)* | Civil Action No. 4:26-cv-12388-YGR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Meta Platforms, Inc. formerly known as Facebook, Inc.
Service via email to: MetaNoticeofService@cov.com

Please see attachment for Additional Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew D. Bluth
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* *Mark B.Busby*

Date: 10/27/2026

*Signature of Clerk or Deputy Clerk*

# SUMMONS IN A CIVIL ACTION

*Attachment to Form AO 440*

Instagram, LLC
MetaNoticeofService@cov.com

Facebook Payments, Inc.
MetaNoticeofService@cov.com

Siculus, Inc.
MetaNoticeofService@cov.com

Facebook Operations, LLC
MetaNoticeofService@cov.com

Facebook Holdings, LLC
MetaNoticeofService@cov.com

Meta Payments Inc.
MetaNoticeofService@cov.com

Snap, Inc.
SnapNoticeofService@mto.com

TikTok Inc.
TikTokSOP@kslaw.com

Bytedance Ltd
TikTokSOP@kslaw.com

Bytedance Inc.
TikTokSOP@kslaw.com

TikTok Ltd
TikTokSOP@kslaw.com

TikTok LLC
TikTokSOP@kslaw.com

Google, LLC
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

YouTube, LLC
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM